UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Juan Garibay**, | Case: 2:19-CV-02868-JAK-SS |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| **Biopharma Research LP,** a California Limited Partnership; and Does 1-10, | |
| Defendants. | |

Plaintiff's Motion for Default Judgment was granted in part. Therefore, it is hereby ordered, adjudged, and decreed as follows:

1. Judgment is entered in favor of Plaintiff Juan Garibay and against Defendant Biopharma Research LP.
2. Plaintiff shall recover $3562.50 in attorney's fees and costs.
3. Defendant Biopharma Research LP shall provide an accessible path of travel to the entrance of the store located at 800 W. Carson Street, Torrance, California, in compliance with the Accessibility Standards of the Americans with Disabilities Act.

IT IS SO ORDERED.

Dated: January 30, 2020   _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE